FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR3008-JAH |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JUAN ARTEMIO ARAUJO-ZEPEDA, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about August 6, 2008, within the Southern District of California, defendant JUAN ARTEMIO ARAUJO-ZEPEDA, did knowingly and intentionally import approximately 18.88 kilograms (41.53 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: September 4, 2008.

KAREN P. HEWITT
United States Attorney

SABRINA L. FÈVE
Assistant U.S. Attorney

SLF:mg:Imperial
9/4/08